**GANDOLFO LAW FIRM**
2202 Bellmore Avenue
Bellmore, New York 11710
(516) 221-0231

Attorneys for Defendant Krizia S.p.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NICOLE ZE'TONE.,

                Plaintiff,         **08 Civ. 00495 (DC)**

    -against-                    **RULE 7.1 STATEMENT**

KRIZIA, S.p.A. and FRANCESCO VITALE,

                Defendants
----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Krizia S.p.A. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.:
NONE

Dated:  Bellmore, New York
        February 20, 2008

**GANDOLFO LAW FIRM**

By:_____/s/_____
   Thomas M. Gandolfo(TG1957)
   2202 Bellmore Avenue
   Bellmore, New York 11710
   (516) 221-0231

**ALTIERI & ESPOSITO**.
420 Fifth Avenue, 26th Floor
New York, New York 10018
(212)-391-6602
Rich Altieri, Esq.

**ATTORNEYS FOR DEFENDANTS**

TO:

Adam Mitzner, Esq..
PAVIA & HAROURT LLP
600 Madison Avenue
New York, New York 10022
212-980-3500

**ATTORNEYS FOR PLAINTIFF**