UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Nicole Ze'Tone

                        Plaintiff,              08 CIVIL 0495 (DC)

-against-

Krizia, S.p.A., and Francesco Vitale

                        Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Adam Dana Mitzner

☐ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 8525

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: Gersten Savage LLP

    To: Pavia & Harcourt LLP

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ Address: 600 Madison Ave, New York, NY 10022
☐ Telephone Number: (212) 508-2318
☐ Fax Number: (212) 735-7918
☐ E-Mail Address: amitzner@pavialaw.com

Dated: 3/11/08