**GANDOLFO LAW FIRM**
2202 Bellmore Avenue
Bellmore, New York 11710
(516) 221-0231

Attorneys for Defendant Krizia S.p.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
NICOLE ZE'TONE.,

                Plaintiff,        **08 Civ. 00495 (DC)**

   -against-                 **NOTICE OF APPEARANCE**

KRIZIA, S.p.A. and FRANCESCO VITALE,

                Defendant.
-----------------------------------------------------------X

     Thomas M. Gandolfo, Esq. appears as counsel of record for defendant Krizia S.p.

A. herein and requests copies of all pleadings and notices.

Dated:  Bellmore, New York
       April 16, 2008

                                 **GANDOLFO LAW FIRM**

                                 By:__/s/_____
                                  Thomas M. Gandolfo(TG1957)
                                  2202 Bellmore Avenue
                                  Bellmore, New York 11710
                                  (516) 221-0231


                               **ALTIERI & ESPOSITO**.
                                 420 Fifth Avenue, 26th Floor
                              New York, New York 10018
                                 (212)-391-6602
                                 Rich Altieri, Esq.

                         **ATTORNEYS FOR DEFENDANT**
                         **KRIZIA S.p.A.**