UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| NICOLE ZE'TONE, | : | 08 Civ. 0495 (DLC): |
| Plaintiff, | : | **CONSENT SCHEDULING ORDER** |
| -against- | : | **ELECTRONICALLY FILED** |
| KRIZIA S.p.A. and FRANCESCO VITALE, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### Consent Scheduling Order

Upon consent of the parties, it is hereby

**ORDERED** as follows:

1. Initial disclosures to be exchanged on or before May 2, 2008.

2. No additional parties may be joined after July 15, 2008.

3. No amendments to the pleadings will be permitted after September 15, 2008.

4. All fact discovery to be completed by September 1, 2008.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before September 1, 2008.

   (b) rebuttal expert witnesses on or before October 1, 2008.

6. All discovery, including any depositions of experts, shall be completed on or before October 31, 2008.

7. A joint pretrial order in the form prescribed in Judge Cote's individual rules shall be filed on or before November 30, 2008.

8. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

9. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

10. The following, if applicable, shall also be filed with the joint pretrial order:

(a) Motions addressing any evidentiary or other issues which should be resolved in limine;

(b) A pretrial memorandum where a party believes it would be useful.

11. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof.  Counsel should not assume that extensions will be granted as a matter of routine.

Dated: New York, New York
       May __, 2008

_____
Denise L. Cote
United States District Judge

**CONSENTED TO:**

PAVIA & HARCOURT LLP                    GANDOLFO LAW FIRM


By: /s/ Jonathan A. Selva               By:_____
    Adam D. Mitzner (AM-8325)               Thomas M. Gandolfo (TG-1957)
    Jonathan A. Selva (JS-2006)
                                        2202 Bellmore Avenue
600 Madison Avenue, 12th Floor          Bellmore, New York 11710
New York, New York 10022                Tel: (516) 221-0231
Tel: (212) 980-3500
Fax: (212) 980-9515                     Attorney for Defendant
amitzner@pavialaw.com                   KRIZIA S.p.A.
jselva@pavialaw.com

Attorneys for Plaintiff
NICOLE ZE'TONE


Dated: April 22, 2008

P&H - 548779.3 :14827/100