UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

NICOLE ZE'TONE,

      Plaintiff,

  -v-

KRIZIA, S.p.A. and FRANCESCO VITALE,

      Defendants.

------------------------------------------------------------------- -X

08 CIV. 495 (DLC) (HBP)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

DENISE COTE, District Judge:

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

_____

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

  Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion: _____

  _____

\*  Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:  New York, New York
     May 13, 2008

                _/s/ Denise Cote_
                DENISE COTE
                United States District Judge