UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

NICOLE ZE'TONE,           )
                          )  Civil Action No. 08-cv-0495 (DC)
         Plaintiff,       )
                          )  **NOTICE OF APPEARANCE OF**
v.                        )  **MARIO AIETA ON BEHALF OF**
                          )  **DEFENDANT FRANCESCO VITALI**
KRIZIA S.p.A. and FRANCESCO )
VITALI,                   )
                          )
         Defendants.      )

_____

TO THE CLERK OF THE COURT:

    I, Mario Aieta, hereby appear the attorney for Defendant Francesco Vitali in this proceeding and request that you provide electronic notification of filings in this case to me at maieta@ssbb.com.

Dated:  New York, New York
       July 24, 2008

    Respectfully submitted,

    SATTERLEE STEPHENS BURKE & BURKE LLP

    By:  /s/  
    Mario Aieta (MA-2228)  
    230 Park Avenue  
    New York, New York 10169  
    (212) 818-9200 (Phone)  
    (212) 818-9606 (Fax)  
    Attorneys for Defendant Francesco Vitali

738444_1