UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NICOLE ZE'TONE,                                    :

                Plaintiff,              :
                                       08 Civ. 0495 (DLC)
v.                                                        :
                                       **NOTICE OF SUBSTITUTION**
KRIZIA S.p.A. and FRANCESCO VITALE,   :   **OF COUNSEL**

               Defendants.           :
                                     :
------------------------------------------------------------------x

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Satterlee Stephens Burke & Burke, LLP be and hereby is substituted as counsel for defendant Francesco Vitali, incorrectly sued herein as Francesco Vitale in the above entitled action, in place and stead of the Gandolfo Law Firm.

Dated:  New York, New York
         August 1, 2008

SATTERLEE STEPHENS BURKE & BURKE LLP     GANDOLFO LAW FIRM

By: _____                     By: _____
Mario Aieta (MA - 2228)                                Thomas M. Gandolfo (TG – 1957))
Zoë E. Jasper (ZJ-6873)
*Substituted Attorneys for*                              *Outgoing Attorneys for*
*defendant Francesco Vitali*                           *Defendant Francesco Vitali*
*incorrectly sued herein as Francesco Vitale*     *incorrectly sued herein as Francesco Vitale*
230 Park Avenue; Suite 1130                       2202 Bellmore Avenue
New York, New York 10169                         Bellmore, New York 11710
212.818.9200                                                  516.221.0231

SO ORDERED:

_____